FILED
14-0692
2/27/2015 10:19:55 AM
tex-4309902
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

No. 14-0692

# In the
# Supreme Court of Texas

THE STATE OF TEXAS,

*Petitioner,*

v.

ONE (1) 2004 LINCOLN NAVIGATOR, VIN # 5LM FU27RX4LJ28242

*Respondent.*

On Appeal from the
105th Judicial District Court of Nueces County, Texas

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE BRIEF ON THE MERITS**

TO THE HONORABLE TEXAS SUPREME COURT:

Petitioner, The State of Texas, moves to extend the time to file its brief on the merits, pursuant to Texas Rules of Appellate Procedure 10.5(b) and 53.7(f).

The brief on the merits is currently due on March 2, 2015. Petitioner seeks a 30-day extension, creating a new deadline of April 1, 2015. Petitioner requests this extension because of the press of other

professional commitments. This is Petitioner's first extension request, and no party opposes the extension.

Accordingly, Petitioner respectfully requests that the Court grant an extension of time for filing its brief on the merits to April 1, 2015.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

SCOTT A. KELLER
Solicitor General

/s/ J. Campbell Barker
J. CAMPBELL BARKER
Deputy Solicitor General
State Bar No. 24049125

PHILIP A. LIONBERGER
Assistant Solicitor General

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1698
Fax: (512) 474-2697
cam.barker@texasattorneygeneral.gov

COUNSEL FOR PETITIONER

**CERTIFICATE OF CONFERENCE**

I certify that counsel for all parties have been consulted about this motion, and none is not opposed.

/s/ J. Campbell Barker
J. CAMPBELL BARKER

**CERTIFICATE OF SERVICE**

On February 27, 2015, a true and correct copy of this notice was served by mail or electronic means on:

Celina Lopez Leon
LAW OFFICE OF SCOTT M. ELLISON, P.L.L.C.
410 Peoples Street
Corpus Christi, Texas 78401
celinamarielopez@gmail.com

/s/ J. Campbell Barker
J. CAMPBELL BARKER

3